November 9, 2009

United States Bankruptcy Court
Northern District of California

Re:
Case Number 09-56761
Chester Spiering

Judge of the Court,

I have been in bankruptcy for 2 months and shortly after the creditors meeting my attorney moved away.

I would request an order requesting that the judge extend my discharge date for at least two weeks while I reconfirm two of the debts with the creditors. I am also seeking additional legal representation.

I am sorry for this cryptic notice and request.

Thank you for your consideration,

Chester Spiering

Judge of the Court